1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    PETER THOMPSON
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: peter.thompson@ssa..gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12  DOREEN CREEDON,                 )
                                    )         CIVIL NO. 2:07-CV-0297-GGH
13          Plaintiff,              )
                                    )         STIPULATION AND ORDER OF REMAND
14          v.                      )         PURSUANT TO SENTENCE SIX OF 42
                                    )         U.S.C. § 405(g)
15  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
16  Social Security,                )
                                    )
17          Defendant.              )
                                    )
18  _____)

19          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20  approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this

21  case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social

22  Security Act, 42 U.S.C. § 405(g).   The cassette tape from the hearing held on may 1, 2006 is partially or

23  totally blank.  Upon remand, the Commissioner will remand the case to an Administrative Law Judge for

24  a de novo hearing.

25  \\

26  \\

27  \\

28  \\

1

2

3     Dated: June 8, 2007

4

5     Dated: June 8, 2007

6

7

8

9

10

11

12

13

14

15     DATED: 6/13/07

16

17     creedon.ord

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

_____*/s/ Jonathan A. Hendricks*_____
(As authorized via facsimile)
JONATHAN A. HENDRICKS
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

_/s/ *Peter Thompson*_____
PETER THOMPSON
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE